IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**RUSSELL GREGORY, III,**
in his capacity as Guardian of
**ASHLEY KEIKO GREGORY, a Minor**
the surviving heir of
**MARY L. FISHER, deceased,**

    **Plaintiff,**

                  Case No. 10-2335/Ma

vs.

**UNITED STATES OF AMERICA,**

    **Defendant.**

---

### ORDER GRANTING PLAINTIFF'S
### MOTION TO DISMISS AGAINST THE UNITED STATES
### OF AMERICA WITH PREJUDICE AND TO SUBSTITUTE IN ITS STEAD
### THE METROPOLITAN LIFE INSURANCE COMPANY

---

Before the court is plaintiff's August 20, 2010, motion to dismiss against the United States of America with prejudice and to substitute in its stead The Metropolitan Life Insurance Company (docket entry 9). For good cause shown, the motion is GRANTED.

**IT IS THEREFORE ORDERED** that the United States of America is hereby dismissed with prejudice as party defendant in the above-styled and numbered matter and that the Metropolitan Life Insurance Company is substituted in its stead. The style of the case shall likewise be

2

amended to substitute the Metropolitan Life Insurance Company as defendant in this cause.

ENTERED this 20th day of August, 2010.

*s/ Samuel H. Mays, Jr.*
**SAMUEL H. MAYS, JR.**
**UNITED STATES DISTRICT JUDGE**