```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```

```
RUSSELL GREGORY, III,               )
                                    )
     Plaintiff,                     )
                                    )
v.                                  )
                                    )   No. 07-2445
CITY OF MEMPHIS, et. al.            )
                                    )
              Defendants.           )
                                    )
```

```
RUSSELL GREGORY, III,               )
                                    )
     Plaintiff,                     )
                                    )
v.                                  )   No. 09-2054
                                    )
UNITED STATES OF AMERICA,           )
                                    )
              Defendant.            )
```

```
RUSSELL GREGORY, III,               )
                                    )
     Plaintiff,                     )
                                    )
v.                                  )   No. 10-2335
                                    )
UNITED STATES OF AMERICA,           )
                                    )
              Defendant.            )
```

**ORDER CONSOLIDATING CASES FOR TRIAL AND CLOSING CASES ADMINSTRATIVELY**

The Court held a status conference in the above captioned cases on January 14, 2011. (ECF No. 114.) The cases have been

consolidated for trial, but, because some of the claims in Gregory v. City of Memphis, No. 07-2445, must be tried without a jury, the trial will be bifurcated. (Id.) Because these cases have been consolidated for trial, the clerk is DIRECTED to close administratively the following cases: Gregory v. United States, No. 09-2054, and Gregory v. United States, No. 10-2335.

So ordered this 29th day of July, 2011.

                                      s/ Samuel H. Mays, Jr.
                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE