```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

RUSSELL GREGORY, III, in his capacity
as Guardian of ASHLEY KEIKO GREGORY,
a minor, the surviving heir of
MARY L. FISHER, deceased,

    Plaintiff,

V.                                      NO. 10-2335-Ma

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant.

ORDER STAYING PROCEEDINGS AND CLOSING CASE ADMINISTRATIVELY

Before the Court is the December 17, 2013 joint motion to stay and/or hold case in abeyance. For good cause shown, the motion is GRANTED and this case is hereby stayed.

The Court deems it appropriate to close this matter administratively until such time as counsel advise that this matter should be restored to the active docket of the Court.

SO ORDERED this 19th day of December, 2013.

                                                    *s/ Samuel H. Mays, Jr.*
                                                    SAMUEL H. MAYS, JR.
                                                    UNITED STATES DISTRICT JUDGE