IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| RUSSELL GREGORY, III, in his capacity as Guardian of ASHLEY KEIKO GREGORY, a Minor, the surviving heir of MARY L. FISHER, deceased,<br><br>    Plaintiff,<br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No. 2:10-cv-002335<br><br>Judge Mays/Magistrate Judge Claxton |

**AGREED FINAL ORDER OF DISMISSAL, WITH PREJUDICE**

By prior order (Doc. 19), the Court held all further proceedings in abeyance and administratively closed this matter pending further order of the Court. It appearing to the satisfaction of the Court, as evidenced by the signatures of counsel for the parties appearing below, that the parties have resolved all matters that were or could have been brought in this action and have agreed to the dismissal, with prejudice, of the lawsuit.

It is, therefore, ORDERED, ADJUDGED and DECREED that this action be and hereby is DISMISSED, WITH PREJUDICE, with each party to bear his/her/its own costs and attorneys' fees.

Enter this the _____ day of _____, 2017.

 

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

Agreed to and respectfully submitted for entry:


 s/ Kathleen L. Caldwell (with permission)
Kathleen L. Caldwell  (TN BPR #9916)
2670 Union Avenue Ext., Suite 110
Memphis, TN  38112
(901) 458-4035
kathleencaldwell.attorney@gmail.com

*Attorney for Plaintiff*



 s/ Patricia Head Moskal
Patricia Head Moskal (TN BPR #11621)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN  37203
(615) 252-2369
pmoskal@babc.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically through the Court's electronic filing system, to:

Kathleen L. Caldwell
2670 Union Avenue Ext., Suite 110
Memphis, TN  38112
kathleencaldwell.attorney@gmail.com

on this 25th day of July, 2017.

/s/ Patricia Head Moskal
Patricia Head Moskal

7/4024702.1