```
            UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
```

RUSSELL GREGORY, III, in his capacity
as Guardian of ASHLEY KEIKO GREGORY, a
minor, the surviving heir of
MARY L. FISHER, deceased,

    Plaintiff,

v.                              Cv. No. 10-2335-SHM

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this matter is dismissed with prejudice, in accordance with the Agreed Final Order of Dismissal, docketed July 25, 2017.  Each party to bear its own costs and attorneys' fees.

**APPROVED:**


  _s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


  _July 26, 2017_                      THOMAS M. GOULD
DATE                                 CLERK

                                       _s/ Zandra Frazier_
                                       (By) DEPUTY CLERK